**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

      IT APPEARING THAT case number 25-cv-10818 was electronically opened in error, therefore

      IT IS HEREBY ORDERED that the assignment of 25-cv-10818 shall be vacated and that case number 25-cv-10818 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*[signature]*

Chief Judge Virginia M. Kendall

Dated at Chicago, Illinois this 18th day of September 2025.